# Third District Court of Appeal

## State of Florida

Opinion filed January 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-172
Lower Tribunal No. 18-5153
_____

**Opal Bradshaw-Jackson,**
Appellant,

vs.

**Bank of New York Mellon, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Dennis A. Donet, P.A., and Dennis A. Donet, for appellant.

McCalla Raymer Liebert Pierce, LLC, and Charles P. Gufford (Orlando), for appellee.

Before LOGUE, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.  See Klein v. Royale Grp., Ltd., 578 So. 2d 394, 395 (Fla. 3d DCA 1991) ("[T]here is nothing in [section 201.08(1), Florida Statutes,] or the case decisions that deny enforceability [of a note or mortgage] merely because the required documentary stamps have been belatedly purchased and affixed."); Am. Residential Equities LLC v. Saint Catherine Holdings Corp., 306 So. 3d 1057, 1061 n.5 (Fla. 3d DCA 2020) ("We note that because no execution of the judgment occurred until after payment of the stamps was made, the judgment was valid in this regard."); Wilmington Tr., N.A. v. Serpa, 346 So. 3d 1218, 1220 (Fla. 3d DCA 2022), reh'g denied (Aug. 2, 2022) (remanding with instructions to allow "Wilmington to proceed on the original promissory note and mortgage as well as the loan modification since the record reflects that documentary stamp taxes have since been paid").